IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARION JOE POTEET                                                                    PLAINTIFF

v.                              No. 3:11-cv-189-DPM

ARKANSAS METHODIST HOSPITAL CORP.,
d/b/a ARKANSAS METHODIST HOSPITAL; DARRELL
BONNER, M.D.; JOHN WILSON, M.D.; DAN LANGSTON,
individually and in his official capacity; JOHN DOES 1-10,
individually and in their official capacities; and
JOHN DOE 11                                                                          DEFENDANTS

ORDER

Poteet's motion to dismiss his claims against Darrell Bonner M.D., *Document No. 10*, is granted. Those claims are dismissed without prejudice as to Bonner. The Clerk is directed to terminate Bonner as a party.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 February 2012