IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARION JOE POTEET**                                                                                  PLAINTIFF

v.                                            No. 3:11-cv-189-DPM

**ARKANSAS METHODIST HOSPITAL CORP.,
d/b/a ARKANSAS METHODIST HOSPITAL;
JOHN WILSON, M.D.; DAN LANGSTON,
individually and in his official capacity; JOHN DOES 1–10,
individually and in their official capacities; and
JOHN DOE 11**                                                                                         **DEFENDANTS**

### ORDER

Poteet's motion to stay response time, *Document No. 26*, is granted. He may depose Dr. Wilson and the nurses before 8 June 2012. Poteet's response to the Hospital's motion for summary judgment is due 29 June 2012. The Court notes the Hospital's contention that Poteet could respond on his other claims without further discovery. But the Court would prefer to deal with all the claims together. And the Hospital will not be prejudiced by the extension.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 May 2012