IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARION JOE POTEET**                                                                 PLAINTIFF

v.                                  No. 3:11-cv-189-DPM

**ARKANSAS METHODIST HOSPITAL CORP.,**
**d/b/a ARKANSAS METHODIST HOSPITAL;**
**DAN LANGSTON, individually and in his**
**official capacity; CASEY TEDDER;**
**JOHN DOES 1–10, individually and in their**
**official capacities; and JOHN DOE 11**                         DEFENDANTS

ORDER

Poteet has moved to dismiss his claims against Arkansas Methodist Hospital. The Hospital does not oppose the nonsuit. The Court therefore grants Poteet's motion, *Document No. 42*, and dismisses all claims against the Hospital without prejudice. The Hospital's pending motions, *Document Nos. 23 & 38*, are denied as moot. The case will go forward only against Langston, Tedder, and the Does.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 July 2012