IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARION JOE POTEET                                PLAINTIFF

v.                     No. 3:11-cv-189-DPM

DAN LANGSTON and CASEY TEDDER,
individually and in their official capacities;
JOHN DOES 1-10, individually and in their
official capacities; and JOHN DOE 11           DEFENDANTS

## ORDER

Joint motion, № 53, granted. Poteet's claims against the remaining defendants are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 August 2013