IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARION JOE POTEET                                                                PLAINTIFF

v.                                          No. 3:11-cv-189-DPM

ARKANSAS METHODIST HOSPITAL CORP.,
d/b/a ARKANSAS METHODIST HOSPITAL;
DARRELL BONNER, M.D.; JOHN WILSON, M.D.;
DAN LANGSTON and CASEY TEDDER, individually
and in their official capacities; JOHN DOES 1–10,
individually and in their official capacities; and
JOHN DOE 11                                                                       DEFENDANTS

## JUDGMENT

Poteet's EMTALA claim against Arkansas Methodist Hospital is dismissed with prejudice. His other claims against the Hospital, and his claims against Drs. Darrell Bonner and John Wilson, are dismissed without prejudice. Poteet's claims against the remaining defendants are dismissed with prejudice pursuant to their settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 August 2013